**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 00-2197**

―――――――

ADA SHERRILL,

Plaintiff - Appellant,

versus

WILLIAM HENDERSON, Postmaster General,

Defendant - Appellee.

―――――――

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
99-3405-PJM)

―――――――

Submitted:  May 31, 2001              Decided:  July 30, 2001

―――――――

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

―――――――

Affirmed by unpublished per curiam opinion.

―――――――

Gwendolyn R. Bennett, Suitland, Maryland, for Appellant. Stephen M.
Schenning, United States Attorney, Nadira Clarke, Assistant United
States Attorney, Baltimore, Maryland, for Appellee.

―――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ada Sherrill appeals the district court's orders granting summary judgment for the Postmaster General and denying reconsideration of that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. We note in particular Sherrill suffered no adverse employment action. <u>See</u> <u>Von Gunten v. Maryland</u>, 243 F.3d 858, 865-66 (4th Cir. 2001); <u>Page v. Bolger</u>, 645 F.2d 227, 233 (4th Cir. 1981) (en banc). Further, we find the district court did not abuse its discretion in denying Sherrill's motion for reconsideration. <u>See</u> <u>Collison v. International Chem. Workers Union</u>, 34 F.3d 233, 236 (4th Cir. 1994).

Accordingly, we affirm both orders on the reasoning of the district court. <u>See</u> <u>Sherrill v. Henderson</u>, No. CA-99-3405-PJM (D. Md. July 12 & Aug. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2